NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MASIMO CORPORATION,**

*Appellant*

**v.**

**APPLE INC.,**

*Appellee*

---

2025-2095, 2025-2096

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024- 00241, IPR2024-00243.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

    (2)  Each side shall bear their own costs.

FOR THE COURT

December 16, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 16, 2025